UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

JOHN J. MACRONE,                                    Chapter 7
                                                    Case No.:  13-76045-~~CEC~~ las
                Debtor.
-------------------------------------------------------------------x
WILLIAM E. ROACHE,

                Plaintiff,

     -against-                                    Adv. Proc. No. 14-08050-~~CEC~~ las

JOHN J. MACRONE,

                Defendant.
-------------------------------------------------------------------x

## STIPULATION AND ORDER EXTENDING TIME TO ANSWER

**IT IS HEREBY STIPULATED** and agreed among the parties as follows:

1.    The time for Defendant John J. Macrone to appear, respond, answer or otherwise move with respect to the Summons and Complaint in the above referenced adversary proceeding is extended from May 12, 2014 through and including June 12, 2014.

2.    The Defendant has agreed to waive his defenses of service of process and personal jurisdiction.

| | |
|---|---|
| Dated: May 12, 2014<br>       Wantagh, New York | Dated: May 12, 2014<br>       New York, New York |
| **LAMONICA HERBST & MANISCALCO, LLP**<br>Attorneys for Defendant John J. Macrone | **GARSON SÈGAL STEINMETZ FLADGATE LLP**<br>Attorneys for Plaintiff |
| By:   *s/Melanie A.FitzGerald*<br>      Melanie A. FitzGerald, Esq.<br>      A Partner of the Firm<br>      3305 Jerusalem Avenue<br>      Wantagh, New York  11793<br>      (516) 826-6500 | By:   *s/Michael Steinmetz*<br>      Michael Steinmetz, Esq.<br>      164 West 25th Street, Suite 11R<br>      New York, New York 10001<br>      (212) 380-3623 |

**It is so Ordered.**

_____
**Louis A. Scarcella**
**United States Bankruptcy Judge**

**Dated: May 27, 2014**
      **Central Islip, New York**